```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
```

In re:                                                          Case No. 12-36348-gmh
Terrance J Werner                                               Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0757-2          User: saa            Page 1 of 1             Date Rcvd: Jan 05, 2016
                              Form ID: hrntgmh3    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2016.
db             +Terrance J Werner,    2135 Vinland Street,    Oshkosh, WI 54901-1851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016                         Signature:   /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:
              Christopher C. Drout    on behalf of Creditor    Ocwen Loan Servicing, LLC cdrout@gray-law.com,
               bknotices@gray-law.com;bknotice@gmail.com
              Christopher C. Drout    on behalf of Creditor Attorney    Gray & Associates, LLP
               cdrout@gray-law.com,    bknotices@gray-law.com;bknotice@gmail.com
              David   Pietrek    on behalf of Debtor Terrance J Werner dnique29@gmail.com,
               Debtadvisors@IAmTheWolf.com
              Jay J. Pitner    on behalf of Creditor    GMAC Mortgage, LLC, successor by merger to GMAC Mortgage
               Corporation bknotices@gray-law.com;bknotice@gmail.com
              Jay J. Pitner    on behalf of Creditor    Ocwen Loan Servicing, LLC
               bknotices@gray-law.com;bknotice@gmail.com
              Office of the U. S. Trustee     ustpregion11.mi.ecf@usdoj.gov
              Rebecca R. Garcia     filings@ch13oshkosh.com
              Rebecca R. Garcia     on behalf of Trustee Rebecca R. Garcia filings@ch13oshkosh.com
                                                                                              TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Terrance J Werner,            Case No. 12–36348–gmh
            Debtor.             Chapter 13

## NOTICE OF PRELIMINARY HEARING

TO:     Terrance J Werner             Attorney David Pietrek
                                                         Trustee Rebecca R. Garcia

**PLEASE TAKE NOTICE** that a hearing on the Trustee's renewed motion to dismiss will be held on **February 18, 2016, at 11:00 AM, Winnebago County Courthouse, 415 Jackson Street, Oshkosh, WI 54901** before United States Bankruptcy Judge G. Michael Halfenger. The room number will be posted at the courthouse elevators on the day of the hearing. If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2680), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: January 5, 2016                               BY THE COURT:

                                                                G. Michael Halfenger
                                                                 United States Bankruptcy Judge